FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 22 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal Indictment No. |
| v.  : | 2:22-CR-21-SCJ-JCF |
| : | |
| MITCHELL SIMPSON, : | |
| Defendant : | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that MITCHELL SIMPSON, Defendant in the above entitle action, by and through undersigned counsel, respectfully gives notice that the aforementioned Defendant appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment and conviction entered herein on the 13th day of November, 2024 by this Honorable Court.

Respectfully submitted, this the 21st day of November, 2024.

Respectfully submitted,
*Robert Alan Glickman*
Robert Alan Glickman
Georgia Bar Number 297333

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleading upon counsel for the government by electronically posting through the District Court's ECF filing system, addressed as follows:

Russell Phillips, Esq.
Assistant United State Attorney
russell.phillips@usdoj.gov

&

David O'Neal, Esq.
Assistant United State Attorney
david.oneal@usdoj.gov

This the 21st day of November, 2024.

*Robert Alan Glickman*
Robert Alan Glickman
Georgia Bar Number 297333